AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Dylan Ray Swinehart | ) Case: 1:24-mj-00260 |
| | ) Assigned to: Judge Harvey, G Michael |
| | ) Assign Date: 8/19/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Dylan Ray Swinehart_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 08/19/2024

_G. Michael Harvey_ (signature)
Issuing officer's signature

City and state: Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 8/19/2024, and the person was arrested on (date) 8/20/2024
at (city and state) Palatka, Florida.

Date: 8/20/24

_(signature)_
Arresting officer's signature

TFO TAREK HOUSSAMY
Printed name and title