# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-MJ-260** |
| | : | |
| **DYLAN RAY SWINEHART,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 20, it is hereby ordered that the

Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge